1 | Joseph L. Oliva, Esq. (SBN 113889)
2 | Matthew R. Toothacre, Esq. (SBN 330298)
  | **JOSEPH OLIVA & ASSOCIATES, P.C.**
3 | 11956 Bernardo Plaza Dr. #532
  | San Diego, CA 92128
4 | Phone (858) 304-7400
  | oliva@olivafirm.com
5 | mtoothacre@olivafirm.com

6 | Attorneys for Plaintiff,
  | BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION, a California Nonprofit Corporation; | Case No.: 3:23-cv-00195-AJB-AHG |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| v. | Judge: Hon. Anthony J. Battaglia |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; | Courtroom: 4A |
| Defendant. | Complaint Filed: February 2, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff **BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION** ("Plaintiff" or "Bridlewood") and Defendant **STATE FARM GENERAL INSURANCE COMPANY** ("State Farm") (collectively, the "Parties") have reached a conditional settlement resolving all claims between the Parties in the above-captioned matter.

The settlement is contingent on the Parties' execution of a written settlement agreement ("Agreement"). Once all of the appropriate signatures have been obtained and the Parties' performance pursuant to the Agreement is completed, Plaintiff shall dismiss the Operative Complaint against Defendant in its entirety with prejudice for a waiver of costs.

Therefore, it is anticipated that the settlement will be completed, and a dismissal of the above-captioned matter filed within the next sixty (60) days.

This matter is currently set for an Early Neutral Evaluation Conference and Case Management Conference on May 22, 2024 at 2 p.m. Based on the foregoing, the Parties respectfully request that any current deadlines or hearings be taken off calendar.

Respectfully submitted,

Dated: April 12, 2024   **JOSEPH OLIVA & ASSOCIATES, P.C.**

By:   */s/ Joseph L. Oliva*
Joseph L. Oliva, Esq.
Matthew R. Toothacre, Esq.
Attorneys for Plaintiff,
BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION

# CERTIFICATE OF SERVICE

*BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION*

*v.*

*STATE FARM GENERAL INSURANCE COMPANY*

United States District Court, Southern District of California
Case No. 3:23-cv-00195-AJB-AHG

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 11956 Bernardo Plaza Drive, #532, San Diego CA 92128.

On **April 12, 2024**, I caused the following document(s) described as:

**NOTICE OF CONDITIONAL SETTLEMENT**

to be served on the interested parties in this action as follows:

| | |
|---|---|
| David A. Tartaglio, Esq.<br>Steven J. Elie, Esq.<br>Michelle C. Ferrara, Esq.<br>MUSICK PEELER & GARRETT LLP<br>225 Broadway, Suite 1900<br>San Diego, CA 92101<br>Phone (619) 525-2500<br>Fax (619) 231-1234<br>d.tartaglio@musickpeeler.com<br>s.elie@musickpeeler.com<br>m.ferrara@musickpeeler.com | **Attorneys for Defendant,<br>STATE FARM GENERAL<br>INSURANCE COMPANY** |

☐ **BY ELECTRONIC SERVICE:** I transmitted the documents to the persons at the electronic mail addresses identified above.

☒ **BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 12, 2024**, at Temecula, California.

*/s/ Patience Polapink*
Patience Polapink