1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION, a California Nonprofit Corporation;<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation;<br><br>Defendant. | Case No.: 3:23-cv-00195-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
|---|---|

The Parties, Plaintiff BRIDLEWOOD ESTATES PROPERTY OWNERS ASSOCIATION ("Plaintiff" or "Bridlewood") and Defendant STATE FARM GENERAL INSURANCE COMPANY ("State Farm") (collectively, the "Parties") have filed a Joint Motion to Dismiss this case with prejudice.  Good cause appearing, the Court **GRANTS** the Joint Motion [Doc. No 23] and **ORDERS** this action **DISMISSED WITH PREJUDICE**.  Each of the Parties to bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

Dated:  May 29, 2024

                                                Hon. Anthony J. Battaglia
                                                United States District Judge